UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMIAH JAMES DAVID
PREACHER JOHNSON,

    Plaintiff,

v.                                          CASE NO. 3:22-cv-494-TJC-JBT

ASHLEY MOODY, etc., et al.,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on *pro se* Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 2). Plaintiff did not sign the Amended Complaint (Doc. 6 at 6), which is required by Federal Rule of Civil Procedure 11(a). *See* Fed. R. Civ. P. 11(a). ("Every pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented."). On July 12, 2022, the Court entered an Order stating: "On or before July 26, 2022, Plaintiff shall file a completed and signed second amended complaint in accordance with all applicable rules and law. If Plaintiff fails to do so, the undersigned will likely recommend that the District Judge deny the Motion and dismiss this action." (Doc. 9 at 2.) To date, Plaintiff has not filed a second amended complaint or taken any other action regarding this case. Therefore, the undersigned recommends that this case be dismissed without prejudice for

Plaintiff's failure to comply with a Court order and lack of prosecution.[1]

Accordingly, it is respectfully **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice**.

2. The Clerk of the Court be directed to terminate any pending motions and close the file.

### Notice to Parties

"Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**DONE AND ENTERED** in Jacksonville, Florida, on August 4, 2022.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

---

[1] In addition, for the reasons stated in this Court's previous Order, Plaintiff, who is a convicted felon, fails to state a claim that he be exempted from firearms background checks. (*See* Docs. 5; 1-2 at 2–22; 6 at 5.)

Copies to:

The Honorable Timothy J. Corrigan
Chief United States District Judge

*Pro se* Plaintiff