# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JEREMIAH JAMES DAVID
PREACHER JOHNSON,

    Plaintiff,

v.                                          Case No. 3:22-cv-494-TJC-JBT

ASHLEY MOODY, Attorney
General State of Florida, MERRICK
B. GARLAND, United States
Attorney General, CHRISTOPHER
WRAY, FBI Director, RICK
SWEARINGEN, FDLE
Commissioner, and RON
DESANTIS, Governor of Florida,

    Defendants.

## O R D E R

This case is before the Court on Plaintiff Jeremiah James David Preacher Johnson's Motion to Proceed In Forma Pauperis (Doc. 2). On August 4, 2022, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 10) recommending that this case be dismissed without prejudice for failure to prosecute. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C.

§ 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 10), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. This case is **DISMISSED without prejudice** for failure to prosecute. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 1st day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Pro se Plaintiff by U.S. Mail

Counsel of record